# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAYLON HUBBARD**                                                                      **PLAINTIFF**

**v.**                **Case No. 4:20-cv-00535-BSM**

**CHRISTOFER REIDMUELLER,**
**Jail Administrator/Captain, Faulkner Detention Center**        **DEFENDANT**

## ORDER

This case is dismissed without prejudice because Jaylon Hubbard has failed to comply with the order [Doc. No. 3] directing him to pay the full filing fee or apply to proceed *in forma pauperis*. *See* Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 5th day of January, 2021.

                                                             /s/ Brian S. Miller
                                                    UNITED STATES DISTRICT JUDGE