IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAYLON HUBBARD**                                                                                         **PLAINTIFF**

v.                               Case No. 4:20-cv-00535-BSM

**CHRISTOFER REIDMUELLER,**
**Jail Administrator/Captain, Faulkner Detention Center**                        **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of January, 2021.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE